### NILES *vs.* GROOVER.

In an action of ejectment, where the plaintiff claimed title under one who had a deed from the defendant, but who was dead at the time of the trial, the defendant was incompetent to show that such deed was not delivered to the deceased. Code, §3854, sub-section 1; 71 *Ga.*, 168, *Elsinger vs. Beytagh* (present term).

Judgment affirmed.

January 21 1885.

HALL, Justice.

[In an ejectment suit of Groover against Niles, the plaintiff derived written title to the property in dispute from one Camp, to whom defendant had conveyed by deed. Defendant offered to testify that the deed from him to Camp was never delivered. Plaintiff objected, on the ground that Camp was dead, and this contract was the cause of the present action. The court held the witness incompetent. The case having resulted adversely to the defendant, this ruling formed the substantial assignment of error.]